IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                           Cr. No. 05-10032-01-T

RAYMOND SAVOY,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on May 6, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:           David Camp
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, not having made bond, is remanded to the custody of the U.S. Marshal.

*S. Thomas Anderson*
S. THOMAS ANDERSON
United States Magistrate Judge

Charges:   sexual exploitation of children; possession of visual depictions of minors engaging in sexually explicit conduct shipped/transported in interstate commerce; aiding and abetting

Assistant U.S. Attorney assigned to case:  Grinalds

Rule 32 was not waived.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/10/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 1:05-CR-10032 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT