IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

vs                                    Criminal No. 1:05-10032-01-T

RAYMOND SAVOY


ORDER CONTINUING TRIAL DATE AND SPECIFYING DELAY
EXCLUDABLE UNDER SPEEDY TRIAL ACT

Upon motion of counsel for defendant the trial date of

July 5, 2005, is continued to allow counsel for defendant additional

time in which to prepare.  The ends of justice served by taking such

action outweigh the best interest of the public and the defendant in

a speedy trial.

The Clerk shall **re-set** the **REPORT DATE/MOTION HEARING** for

**Tuesday, August 30, 2005 at 8:30 A.M.** and reset **TRIAL DATE** for

**Tuesday, September 6, 2005 at 9:30 A.M.** The Court finds that the

grounds for this continuance justified excluding the period of

July 5, 2005, to September 6, 2005, as excludable delay under

Title 18 U.S.C.§3161 (h)(8)(B)(iv) and(h)(8)(A).

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 20 June 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6/21/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in
case 1:05-CR-10032 was distributed by fax, mail, or direct printing on
June 21, 2005 to the parties listed.

---

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT