IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY
*[initials]*

JUL 1 3 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Jackson

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                            No. 05-10032-T

RAYMOND SAVOY,

    Defendant.

### ORDER CONTINUING TRIAL AND REPORT DATE AND EXCLUDING DELAY

Upon motion of counsel for defendant, with no objection from the government and for good cause shown, the report date which is currently scheduled for August 30, 2005, and the trial date which is currently scheduled for September 6, 2005, are hereby continued. Defense counsel will be unavailable because he will be in trial in another court. Because of the unavailability of counsel, that motion is hereby granted. The court finds that the unavailability of defense counsel and the defendant's need for continuity of counsel justify this continuance and the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Also, defendant contends that additional time is needed for preparation for the trial.

The court finds that the defendant's need for a continuance for additional preparation outweighs the best interests of the public and the defendant in a speedy trial; therefore, the ends of justice will be served by granting a continuance in order to allow the defendant more time to prepare for trial. <u>Accordingly, the trial is continued from September 6, 2005, to October 11, 2005, at 9:30 A.M.</u> The resulting period of delay, from September 6, 2005, to October 11, 2005, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A).

A new report/motion date has been set for September 6, 2005, 8:30 a.m.

IT IS SO ORDERED.

                                              */s/ James D. Todd*
                                              JAMES D. TODD
                                              UNITED STATES DISTRICT JUDGE

                                              12 July 2005
                                              DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7/13/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:05-CR-10032 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT