IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 05-10032-T |
| ) | |
| RAYMOND SAVOY, ) | |
| ) | |
| Defendant. ) | |

### ORDER DENYING MOTION TO SUPPRESS EVIDENCE

Defendant Raymond Savoy, by and through counsel, has moved to suppress the evidence obtained during a search of Raymond Savoy's business on or about March 1, 2005 in Haywood County, Tennessee. A hearing on the motion to suppress was held on September 6, 2005, at which time the court heard the testimony of witnesses and statements of counsel. Based upon the evidence presented, and for the reasons stated in open court on September 6, 2005, defendant's motion to suppress is denied.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

6 September 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-7-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 1:05-CR-10032 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT