FILED BY _____ D.C.

05 OCT 17 AM 8:41

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                                         No. 1:05-10032-01-T

RAYMOND SAVOY

ORDER ON JURY VERDICT

This cause came on to be tried on October 11, 12 and 13, 2005, Assistant U. S. Attorney Richard Leigh Grinalds, representing the government, and the defendant appeared in person and with counsel, David Camp, who was appointed.

Upon statement of counsel that they were ready for trial on the not guilty plea heretofore entered by the defendant, a jury was called, qualified, tried, accepted and sworn to well and truly try the issues herein joined and a true verdict render according to the law and evidence.

After listening to all of the testimony, arguments of counsel and charge of the court, the alternate juror was discharged and the jury retired to the jury room to begin its deliberation. After due deliberation, the jury returned into open Court on October 13, 2005, and announced its verdict of **GUILTY** as charged in Count 1, 2, 3 and 4 of the Indictment. Jurors polled individually, thanked for services and discharged.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10/18/05

63

This case is set for sentencing on **Thursday, January 12, 2006 at 8:45 a.m.**

The defendant is remanded to the custody of the U. S. Marshal.

IT IS SO ORDERED

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE
DATE: 14 October 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 63 in case 1:05-CR-10032 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT