# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cr. No. 05-10032-T |
| RAYMOND SAVOY, ) | |
| Defendant. ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND

**COMES NOW**, the United States of America, by and through Larry Laurenzi, Acting United States Attorney for the Western District of Tennessee and the undersigned Assistant United States Attorney, and asks this Honorable Court to grant an extension of time to respond to defendant's Amended Motion for Judgment of Acquittal and for grounds states as follows:

The Government's response is presently due on December 10, 2005. The Government is currently lacking support personnel to assist in the preparation of the response.

Due to this lack of support personnel, the Government requests and extension of ten (10) days, or December 20, 2005.

**MOTION GRANTED**
DATE: 9 December 2005

_____
James D. Todd
U.S. District Judge

Respectfully submitted,

LARRY LAURENZI
Acting United States Attorney

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/13/05



By: /s/ R. Leigh Grinalds

R. Leigh Grinalds
Assistant U.S. Attorney
109 South Highland, Suite 300
Jackson, Tennessee 38301
(731) 422-6220

## CERTIFICATE OF SERVICE

I, R. Leigh Grinalds, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, hereby certify that a copy of the foregoing has been mailed, first class postage pre-paid, to David Camp, Attorney-At-Law, 403 North Parkway, Jackson, TN 38305, this 9th day of December 2005

/s/ R. Leigh Grinalds
R. Leigh Grinalds
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 1:05-CR-10032 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT