IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 05-10032-01-T |
| RAYMOND SAVOY, | ) |
| Defendant. | ) |

### UNITED STATES' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S AMENDED MOTION FOR JUDGMENT OF ACQUITTAL

COMES NOW, the United States of America, by and through Lawrence J. Laurenzi, Acting United States Attorney, and R. Leigh Grinalds, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, and would respectfully request an extension of time in which to respond to defendant's motion. The government would request an extension until January 11, 2006, to respond. Though a previous motion to extend time has been filed additional factors have occurred.

In support of this motion the Government states: Government Counsel has been out of the office due to the recent illness and hospitalization of his wife the and death of his father-in-law; Government Counsel has prior scheduled annual leave; and there has been a shortage of support personnel due to family illnesses; and, will continue to experience this shortage of support personnel due to previously scheduled annual leave over the holiday period.

Government counsel has conferred with defense counsel and he has no objection to government's motion.

**MOTION GRANTED**
DATE: 19 December 2005
James D. Todd
U.S. District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12/22/05

Wherefore, premises considered, Government Counsel would respectfully request an extension of time until January 11, 2006, to respond to the defendant's motion.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

R. LEIGH GRINALDS
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
(TN Bar # 9178)

## CERTIFICATE OF SERVICE

I, R. Leigh Grinalds, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, hereby certify that a copy of the foregoing Response has been mailed, first class postage prepaid this 16th day of December 2005 to:

David W. Camp, Esquire
403 North Parkway
Jackson, Tennessee 38305

R. LEIGH GRINALDS
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 1:05-CR-10032 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Richard Leigh Grinalds
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT